1  PETER L. SIMON (CSB No. 178393)
   STEVEN J. BLEASDELL (CSB No. 191522)
2  STEPHEN D. PERRY (CSB No. 213223)
   BEYERS | COSTIN
3  917 College Avenue
   Post Office Box 878
4  Santa Rosa, California 95402-0878
   Telephone: 707.545.0142
5  Facsimile: 707.526.2746

   JONATHAN HAYDEN (BAR NO. 104520)
   TRACY SMITH TODD (BAR NO. 172884)
   AARON M. ARMSTRONG (BAR NO. 197301)
   THOMAS S. KIMBRELL (BAR NO. 223068)
   HELLER EHRMAN WHITE & MCAULIFFE LLP
   333 Bush Street
   San Francisco, CA 94104-2878
   Telephone: (415) 772-6000
   Facsimile: (415) 772-6268

6  RICHARD C. RYBICKI (CSB No. 160096)
7  BRANDON R. BLEVANS (CSB No. 197281)
   RYBICKI & BLEVANS, LLP
8  50 Old Courthouse Square; Suite 311
   Santa Rosa, CA 95404-4923
9  Telephone: 707.524.7000
   Facsimile: 707.546.6800

   DEBORAH C. SAXE (BAR NO. 81719)
   MATTHEW M. YU (BAR NO. 186807)
   CINDI L. PUSATERI (BAR NO. 216899)
   HELLER EHRMAN WHITE & McAULIFFE LLP
   601 South Figueroa Street
   Los Angeles, CA 90017-5758
   Telephone: (212) 689-0200
   Facsimile: (213) 614-1868

10 Attorneys for Plaintiffs
11 WILLIAM BARNETT, et al.

   Attorneys for Washington Mutual
   WASHINGTON MUTUAL BANK, FA, and
   WASHINGTON MUTUAL, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM BARNETT, et al.,

              Plaintiffs,

    vs.

WASHINGTON MUTUAL BANK, FA, DIME BANCORP, INC. and DOES 1-10, inclusive,

              Defendants.

CASE NO. C 03-0753 CRB
[AND RELATED CASES]

**STIPULATION AND ORDER RE: DISMISSAL**

The parties hereby stipulate that the following matters are hereby dismissed with prejudice by all of the plaintiffs, except as set forth below:

1. *Barnett, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-0753 CRB
2. *Nguyen v. Washington Mutual Bank, FA et al*, Case No. C-03-0943
3. *Bednarz, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-1446
4. *Breisacher, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2007

1

STIPULATION FOR DISMISSAL
C 03-0753 CRB [and related cases]

5. *Duffield, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2853

6. *Delfino, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3239

7. *Rivera v. Washington Mutual Bank, FA et al*, Case No. C-03-3317

8. *Ryseff, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3533

9. *Young, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4278 (dismissed as to Roger Laforge only); and

10. *Souza v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4351

Pursuant to a settlement, all parties are bearing their own costs and fees.

Case No. C-03-4278, *Young, et al. v. Washington Mutual Bank, FA, et al.*, to the extent it relates to Kristen Young (a loan processor), is not dismissed and should be joined with *Smith, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-5050 for all purposes, including trial.

Respectfully submitted,

Dated: April 22, 2005

BEYERS | COSTIN

By: /s/ Peter L. Simon
_____
PETER L. SIMON
Attorneys for Plaintiffs
WILLIAM BARNETT, et al.
(except Sannar and Huisking)

Dated: April 22, 2005                HELLER EHRMAN WHITE & MCAULIFFE LLP

By: /s/ Thomas S. Kimbrell
_____
THOMAS S. KIMBRELL
Attorneys for Defendants
WASHINGTON MUTUAL BANK, FA, et al.

2

STIPULATION FOR DISMISSAL
C 03-0753 CRB [and related cases]

## [PROPOSED] ORDER

This Court having considered the above stipulation hereby orders as follows:

1. The following matters are dismissed with prejudice:

   *Barnett, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-0753 CRB

   *Nguyen v. Washington Mutual Bank, FA et al*, Case No. C-03-0943

   *Bednarz, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-1446

   *Breisacher, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2007

   *Duffield, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2853

   *Delfino, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3239

   *Rivera v. Washington Mutual Bank, FA et al*, Case No. C-03-3317

   *Ryseff, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3533

   *Young, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4278 (dismissed as to Roger Laforge only); and

   *Souza v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4351

2. All parties to bear their own costs and fees.

3. Case No. C-03-4278, *Young, et al. v. Washington Mutual Bank, FA, et al.*, to the extent it relates to Kristen Young (a loan processor), is hereby joined with *Smith, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-5050 for all purposes, including trial.

IT IS SO ORDERED.

Dated: April 25, 2005

_____
Honorable Charles R. Breyer

APPROVED
Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL
C 03-0753 CRB [and related cases]